ELBS, Appellant, v. ROCHESTER EGG CARRIER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by John G. Elbs against the Rochester Egg Carrier Company. No opinion. Order affirmed, with $10 costs and disbursements. Held, that it does not appear that the court at Special Term improperly exercised its discretion in denying plaintiff's application for a preliminary injunction.

ELIA, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Giovanni Elia against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

ELLIS, Respondent, v. POPE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Elizabeth M. Ellis against Emma Pope, as administratrix, etc., of Jesse M. House, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

EMPIRE LIMESTONE CO., Respondent, v. MILLARD & LUPTON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by the Empire Limestone Company against the Millard & Lupton Company. No opinion. Order striking out amended answer reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

EMPIRE LIMESTONE CO., Respondent, v. MILLARD & LUPTON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by the Empire Limestone Company against the Millard & Lupton Company.
PER CURIAM. Order denying motion to change venue affirmed, with $10 costs and disbursements.
FOOTE, J., dissents.

ENTWISLE, Respondent, v. CREED et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Frank L. Entwisle, trustee in bankruptcy, etc., against William R. Creed and another. No opinion. Motion denied, with $10 costs. See, also, 132 N. Y. Supp. 1127.

EQUITABLE TRUST CO. OF NEW YORK, Respondent, v. PURDY, Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by the Equitable Trust Company of New York against James Garfield Purdy. No opinion. Judgment of the Municipal Court affirmed, with costs.

ERMOLD, Appellant, v. KALTENHAUSER et al., Respondents. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Edward Ermold against Hans Kaltenhauser and others. T. Hansen, for appellant. E. N. L. Young, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer and to reply to counterclaim, on payment of costs in this court and in the court below, and appeal from order dismissed. Order filed. See, also, infra.

ERMOLD v. KALTENHAUSER et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Edward Ermold against Hans Kaltenhauser and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

ESTABROOK, Appellant, v. NEWBURGH LIGHT, HEAT & POWER CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by William Estabrook against the Newburgh Light, Heat & Power Company and the Orange County Traction Company.
PER CURIAM. We think, under the authority of McDonald v. Metropolitan St. Ry. Co., 167 N. Y. 66, 60 N. E. 282, the case should have been submitted to the jury. Judgment and order reversed, and new trial granted, costs to abide the event. See, also, 142 App. Div. 944, 127 N. Y. Supp. 1119.

EVERETT, Respondent, v. FIELD et al., Appellants. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Joseph M. Everett against Leonard J. Field and another. A. Benedict, for appellants. W. R. Page, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FAGGELLE v. ETNA IMPORTING CO. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Antonetta Faggelle against the Etna Importing Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 133 N. Y. Supp. 465.

FARIELLO, Respondent, v. BECKWITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Nicholas Fariello against Clinton Beckwith. No opinion. Judgment and order affirmed, with costs.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order enjoining Charles F. Schmidt from trafficking in liquors, etc. No opinion. Motion denied, with $10 costs.